AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Ramon Mejia, et al            **JUDGMENT IN A CIVIL CASE**

     v.                                    Case Number: 11 C 3949

Verizon Management Pension Plan, et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the motion by Aon's motion to dismiss is granted. The remaining defendants' combined motion to dismiss is granted. Plaintiffs having failed once to remedy their pleading deficiencies, the Complaint is dismissed in its entirety with prejudice.

                                    Thomas G. Bruton, Clerk of Court

Date: 3/29/2013                              _____
                                          /s/ Wanda A. Parker, Deputy Clerk